## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA
### Alexandria Division

BOARD OF TRUSTEES, SHEET METAL    )
WORKERS' NATIONAL PENSION FUND, *et* )
*al.*,    )
   )
     *Plaintiffs,*    )
   v.    )    Civil Action No. 1:23-cv-894 (PTG/IDD)
   )
NORTHLAND METAL EXTERIORS, LLC,   )
   )
     *Defendant.*    )

## ORDER

This matter comes before the Court on the November 15, 2023 Report and Recommendation ("R&R") from Magistrate Judge Ivan D. Davis regarding Plaintiffs' Motion for Default Judgment against Defendant Northland Metal Exteriors, LLC, pursuant to Federal Rule of Civil Procedure 55(b) (Dkt. 7). Dkt. 11. The Magistrate Judge advised the parties that objections to the R&R must be filed within fourteen (14) days of service and failure to object waives appellate review. *Id.* at 10. To date, no objections have been filed.

After reviewing the record and the Magistrate Judge's R&R, and finding good cause, the Court hereby **APPROVES** and **ADOPTS** the findings and recommendations the Magistrate Judge set forth in the R&R (Dkt. 11). Accordingly, it is hereby

**ORDERED** that Plaintiffs' Motion for Default Judgment (Dkt. 7) is **GRANTED**; it is further

**ORDERED** that judgment by default in the total sum of damages for delinquent contributions in the amount of $8,169.93 and for exit contribution in the amount of $23,957.42 is entered against Defendant in Plaintiffs' favor; it is further

**ORDERED** that, in addition to damages, Defendant shall pay to the Plaintiffs attorneys' fees and costs calculated at $3,068.92; and it is further

**ORDERED** that Defendant produce monthly remittance reports for the months of March through November 2022.  This Court shall retain jurisdiction to enter judgement against Defendant for any additional amounts found to be due as a result of the information contained in the produced reports.

The Clerk is directed to enter judgment in favor of Plaintiffs as set forth above, pursuant to Federal Rule of Civil Procedure 55.

Entered this ___ day of January, 2024.
Alexandria, Virginia

_____ /s/
Patricia Tolliver Giles
United States District Judge